UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | Case No. 21-cr-00132-SI-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON DISCOVERY DISPUTES** |
| LINDSAY MARIE CLARK, | |
| Defendant. | |

On October 6, 2022, the Court referred this matter to Magistrate Judge Lisa Cisneros to act as Special Master for disputes concerning the government's search warrant for emails. Dkt. No. 68. On November 22, the Court accepted plea agreements for Dr. Clark and a corporate entity, Lindsay Clark, M.D., Medical Corporation.  Dkt. No. 89.  Each plea agreement included a promise by the government to move to dismiss any open charges in this case and "not to file any additional charges against the defendant that could be filed as a result of the investigation that led to" this case.  Dkt. No. 87 at 9 (Dr. Clark's plea agreement); Dkt. No. 88 at 10 (corporation's plea agreement).

Given the government's agreement not to pursue further charges in this case, the Court finds that the government does not need further discovery and the discovery dispute pending before Judge Cisneros is moot.

**IT IS SO ORDERED**.

Dated: November 28, 2022

_____
SUSAN ILLSTON
United States District Judge